**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2316**

THOMAS RAYMOND FIRRIOLO,

Plaintiff - Appellant,

v.

LARRY J. MERIO, CEO, L.L.C., CVS Pharmacy #2331, Greenville, South Carolina; CORRINE BECKWITH, Partner, L.L.C., CVS Pharmacy #2331, Greenville, South Carolina; JOHN OR JANE DOE, Manager, L.L.C., CVS Pharmacy, #2331, Greenville, South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Donald C. Coggins, Jr., District Judge. (6:18-cv-01034-DCC)

Submitted: August 7, 2020                    Decided: August 28, 2020

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Raymond Firriolo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Raymond Firriolo appeals the district court's order adopting the magistrate judge's recommendation and dismissing Firriolo's civil action without prejudice for failure to state a federal cause of action.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Firriolo's informal brief does not challenge the basis for the district court's disposition of his claims, he has forfeited appellate review of the court's orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.") Accordingly, we affirm the district court's judgment. We deny as moot Firriolo's motion for a decision in this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the complaint without prejudice, we have jurisdiction over this appeal. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 615 (4th Cir. 2020).